In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 No. 07-19-00379-CV

 STEVE PENA, IN HIS CAPACITY AS COURT-APPOINTED
 RECEIVER FOR JOHN MCGARY, APPELLANT

 V.

 GREG FRIEDLANDER; FEDERATED TALENT, LLC; AND
 NEW AGE MEDIA VENTURES, LLC, APPELLEES

 On Appeal from the 261st District Court1
 Travis County, Texas
 Trial Court No. D-1-GN-16-005169, Honorable Tim Sulak, Presiding

 April 17, 2020

 MEMORANDUM OPINION
 Before QUINN, C.J., and PIRTLE and DOSS, JJ.

 Appellant, Steve Pena in his capacity as court-appointed receiver for John

McGary, appeals from the trial court’s Final Judgment and Permanent Injunction.

Appellant’s brief was originally due on February 6, 2020, but we granted appellant two

extensions to file a brief. By letter of March 9, 2020, we notified appellant that the appeal

 1Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the
Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV’T CODE ANN. § 73.001
(West 2013).
was subject to dismissal for want of prosecution if his brief was not received by April 8.

To date, appellant has not filed a brief, requested an additional extension, or had any

further communication with this Court.

 Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P.

38.8(a)(1), 42.3(b).

 Per Curiam

 2